IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                    No. 2:16-CV-02113

2010 GRAY ACURA TSX, et al.                                                            DEFENDANTS

**ORDER**

Before the Court is Plaintiff's unopposed motion (Doc. 33) to dismiss without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). It appearing that the parties are in agreement, the motion (Doc. 33) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 13th day of February, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE